IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Thomas Fenske, :
:
    Plaintiff(s), :
: Case Number: 1:17cv522
vs. :
: Judge Susan J. Dlott
Evolve Bank & Trust, :
:
    Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 3, 2017 a Report and Recommendation (Doc. 7). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 10).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's complaint is DISMISSED. *See* 28 U.S.C. §1915(e)(2)(B) and 1915A(b).

Plaintiff's motion for a temporary restraining order (Dc. 1-3), "motion to hold any finding in State of Ohio court in abeyance pending outcome of this federal case" (Doc. 1-4), and "Emergency Motion for Emergency Order to Rescind Eviction Notice from County Sheriff's Department pending outcome from this Federal Case and pending outcome from Ohio Supreme Court Filing (Writ of Certiorari)" (Doc. 2) is DENIED.

IT IS SO ORDERED.

                                                ___s/Susan J. Dlott_____
                                                Judge Susan J. Dlott
                                                United States District Court